UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAYLA M. MONROE,                                              CIVIL NO.  10-3739 (MJD/JSM)

      Plaintiff,

v.                                                                REPORT AND RECOMMENDATION

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 4, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

      IT IS HEREBY ORDERED:

      1.     Plaintiff's Motion for Summary Judgment [Docket No. 8] is **GRANTED**; and

      2.     Defendant's Motion for Summary Judgment [Docket No. 17] is **DENIED**.

      3.     This case is remanded to the Commissioner with instructions to award benefits to Plaintiff.


Dated: September 19, 2011

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge